UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY M. BARTLETT,<br><br>                                Plaintiff,<br><br>-against-<br><br>TRIBECA LENDING CORP.; FRANKLIN MORTGAGE ASSET TRUST 2009-A,<br><br>                                Defendants. | 21-CV-2913 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 9, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 29, 2016 order in *Bartlett v. Tribeca Lending Corp.*, ECF 1:15-CV-6102, 11 (S.D.N.Y. Jan. 29, 2016), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   April 9, 2021
         New York, New York

                                                               _____
                                                                    COLLEEN McMAHON
                                                                Chief United States District Judge